IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 1:21-cv-822 (RDA) |
| v. | ) ) ) | |
| JOHN DOES 1-2 CONTROLLING A COMPUTER NETWORK THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, | ) ) ) ) ) | |
| Defendants. | | |

## ORDER

This matter comes before the Court on Plaintiff Microsoft Corporation's ("Microsoft") *Ex Parte* Application for an Emergency Temporary Restraining Order ("Motion"). Dkt. 7. For the reasons that follow and for good cause shown, the Court GRANTS Plaintiff's Motion.

### I. BACKGROUND

On July 13, 2021, Microsoft filed its Complaint in this Court requesting injunctive and other relief pursuant to: (1) the Computer Fraud and Abuse Act (18 U.S.C. § 1030), (2) the Stored Communications Act (18 U.S.C. § 2701 *et seq.*), (3) the Virginia Computer Crimes Act (Virginia Code Ann. § 18.2-152.5:1), and (4) the common law of trespass to chattels and conversion. Microsoft also moved *ex parte* for an emergency temporary restraining order and an order to show cause why a preliminary injunction should not be granted pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, 18 U.S.C. § 1030, 18 U.S.C. § 2701 *et seq.*, 28 U.S.C. § 1651(a) (the All-Writs Act), and pursuant to this Court's inherent equitable authority.

On July 16, 2021, the Court held a hearing on Plaintiff's Motion. Dkt. 16. At that

hearing, the Court received evidence and heard argument from Plaintiff's counsel. *Id.*

## II. STANDARD OF REVIEW

A motion for a temporary restraining order ("TRO") is subject to the requirements of Federal Rule of Civil Procedure 65(b).  To obtain this relief without first providing notice to the adverse party, a movant must show specific facts that clearly demonstrate the risk of immediate and irreparable injury if the order does not issue.  "While a preliminary injunction preserves the status quo pending a final trial on the merits, a temporary restraining order is intended to preserve the status quo only until a preliminary injunction hearing can be held." *Hoechst Diafoil Co. v. Nan Ya Plastics Corp.*, 174 F.3d 411, 422 (4th Cir. 1999).  A grant of temporary injunctive relief requires the movant to establish the same four factors that govern preliminary injunctions: (1) the likelihood of irreparable harm to the plaintiff if the TRO is denied; (2) the likelihood of harm to the defendants if the TRO is granted; (3) the likelihood that the plaintiff will succeed on the merits; and (4) the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

## III. FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Court has reviewed the papers, declarations, exhibits, and memorandum filed in support of Microsoft's Motion. Dkt. Nos. 7; 8; 9; 10.  Based on Donal Keating's July 16, 2021 testimony, the Court's judicial notice of the declarations and exhibits submitted in support thereof, and the legal argument set forth in the memorandum of law and presented at the hearing, the Court hereby makes the following findings of fact and conclusions of law:

1.      This Court is satisfied, at this stage, that it has jurisdiction over the subject matter of this case, and there is good cause to believe that it will have jurisdiction over all parties hereto; based upon the arguments and facts that have been presented, in the Complaint,

2

Microsoft states a claim upon which relief may be granted against Defendants John Doe 1 and 2 ("Defendants") under the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Stored Communications Act (18 U.S.C. § 2701 *et seq*.), the Virginia Computer Crimes Act (Virginia Code Ann. § 18.2-152.5:1), and the common law of trespass to chattels and conversion.

2.      There is good cause to believe that Defendants have engaged in and are likely to engage in acts or practices that violate the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Stored Communications Act (18 U.S.C. § 2701 *et seq*.), the Virginia Computer Crimes Act (Virginia Code Ann. § 18.2-152.5:1), and the common law of trespass to chattels and conversion, and that Microsoft is, therefore, likely to prevail on the merits of this action;

3.      There is good cause to believe that, unless Defendants are restrained and enjoined by Order of this Court, immediate and irreparable harm will result from the Defendants' ongoing violations.  The evidence set forth in Microsoft's Brief in Support of the Motion, and the accompanying Declarations and Exhibits, demonstrates that Microsoft is likely to prevail on its claim that Defendants have engaged and are likely to engage in violations of the foregoing law by:

      a. intentionally attempting to access protected computers and computer networks of Microsoft and accessing the online accounts of Microsoft's customers, without authorization or exceeding authorization, and/or attempting the activities, in order to:

        i. steal and exfiltrate information from those computers, online accounts, and computer networks;

        ii. attack and compromise the security of Microsoft's protected computers and networks, and the online accounts of Microsoft's customers, by conducting remote reconnaissance, stealing information, credentials and funds, monitoring the activities of users, carrying out fraudulent schemes to steal information, credentials and funds, and using other instrumentalities of theft; and

        iii. defraud Microsoft's customers.

3

     b.   deploying computers and internet domains by which means Defendants conduct and/or attempt to conduct illegal activities, including attacks on computers, online accounts, and networks, monitoring activities of users, theft of information stored in online accounts and defrauding Microsoft's customers;

4.     There is good cause to believe that if such conduct continues, irreparable harm will occur to Microsoft, Microsoft's customers, and the public. There is good cause to believe that the Defendants will continue to engage in such unlawful actions if not immediately restrained from doing so by Order of this Court.

5.     There is good cause to believe that immediate and irreparable damage to Microsoft and to this Court's ability to grant effective final relief will result from the Defendants' continued use of the internet domains listed in Appendix A to this order and from Defendants' sale, transfer, or other disposition or concealment of evidence of Defendants' misconduct that is hosted at and otherwise operates through the internet domains listed in Appendix A to this Order, if Defendants receive advance notice of this action. Based on the evidence cited in Microsoft's Motion and accompanying Declarations and Exhibits, Microsoft is likely to be able to prove that:

     a.   Defendants are engaged in activities that directly violate United States law and harm Microsoft and the public, including Microsoft's customers;

     b.   Defendants have continued their unlawful conduct despite the clear injury to the foregoing interests;

     c.   Defendants are likely to continue to use the technical infrastructure at issue in Microsoft's Motion and listed in Appendix A, thereby permitting them to continue their illegal acts and cause irreparable injury; and

     d.   Defendants are likely to warn their associates engaged in such activities if informed of Microsoft's action.

6.     Microsoft's request for this emergency, *ex parte* relief is not the result of any lack of diligence on Microsoft's part, but instead based upon the nature of Defendants' unlawful

conduct. Therefore, in accordance with Fed. R. Civ. P. 65(b), 18 U.S.C. § 1030, 18 U.S.C. § 2701 *et seq.*, 28 U.S.C. § 1651(a) (the All-Writs Act), and pursuant to this Court's inherent equitable authority, good cause and the interest of justice require that this Order be Granted without prior notice to Defendants, and accordingly, Microsoft is relieved of the duty to provide Defendants with prior notice of Microsoft's motion.

7.     There is good cause to believe that Defendants have engaged in illegal activity using the internet domains identified in Appendix A by using those domains to (1) use information stolen from O365 accounts and computers to solicit fraudulent financial transactions, (2) deceive O365 users and their networks into making fraudulent financial transactions through imitation email accounts, and (3) to cause injury to Microsoft, its customers, and their networks who may wrongfully attribute these malicious actions to Microsoft.

8.     There is good cause to believe that Defendants have engaged in illegal activity by using the internet domain registration facilities of the internet domain registrars identified in Appendix A to register the internet domains identified in Appendix A, so as to carry out the acts set forth in this Order.

9.     There is good cause to believe that to immediately halt the injury caused by Defendants, Defendants must be prohibited from taking any act and from utilizing the internet domains identified in Appendix A to (1) use information stolen from O365 accounts and computers to solicit fraudulent financial transactions, (2) deceive O365 users and their networks into making fraudulent financial transactions through imitation email accounts, and (3) to cause injury to Microsoft, its customers, and their networks who may wrongfully attribute these malicious actions to Microsoft.

10. There is good cause to believe that to immediately halt the injury caused by Defendants, each of Defendants' domains set forth in Appendix A must be immediately be placed beyond the control of or use by the Defendants, thus making them inaccessible to Defendants.

11. There is good cause to believe that to immediately halt the injury, the execution of this Order should be carried out in a coordinated manner by Microsoft and by the domain registrars identified in Appendix A on such date and time within five (5) days of this Order as may be reasonably requested by Microsoft.

12. There is good cause to permit notice of the instant Order, notice of the Preliminary Injunction hearing and service of the Complaint by formal and alternative means, given the exigency of the circumstances and the need for prompt relief. The following means of service are authorized by law, satisfy Due Process, and satisfy Fed. R. Civ. P. 4(f)(3) and are reasonably calculated to notify Defendants of the instant order, the July 16, 2021 hearing and of this action: (1) transmission by email, facsimile, mail and/or personal delivery to the contact information provided by Defendants to Defendants' domain registrars and hosting companies and as agreed to by Defendants in Defendants' domain registration and/or hosting agreements, (2) publishing notice on a publicly available internet website, (3) by personal delivery upon Defendants, to the extent Defendants provided accurate contact information in the United States; and (4) personal delivery through the Hague Convention on Service Abroad or similar treaties upon Defendants, to the extent Defendants provided accurate contact information in foreign countries that are signatories to such treaties.

IV. TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that, Defendants, Defendants' representatives, and persons

who are in active concert or participation with Defendants, are temporarily restrained and enjoined from taking any act and from using the internet domains identified in Appendix A (1) to deceive users of Microsoft's products and services and by using those domains to obtain access to the protected computers and networks of Microsoft and to the online accounts of Microsoft's customers without authorization and in excess of authorization, (2) to attempt to obtain or obtain information stolen from those accounts and computers, (3) to carry out deceptive and fraudulent methods to attempt to steal computer users' account credentials, information and funds, and (4) to undertake any similar activity that inflicts harm on Microsoft, Microsoft's customers, or the public; and

IT IS FURTHER ORDERED that, with respect to any currently registered internet domains set forth in Appendix A to this Order, the domain registrars located in the United States shall take the following actions:

A.      Within five (5) business days of receipt of this Order, shall place the domains on client hold status to prevent the domains from resolving in the domain name system, on client transfer prohibited status to prevent the domains from being transferred, on client update status to prevent the domains from being updated by Defendants, and otherwise taking all steps to prevent Defendants from accessing, modifying, transferring or using in any manner the domains until the expiration of the domains at the end of the current registration period.

B.      With regard to any domain registrars located outside of the United States, the Court respectfully requests, but does not order, that they take the same or substantially similar actions as the foregoing so as to neutralize the threat posed by the Defendants to the citizens of all countries, including their own. Defendants, their representatives and persons who are in active concert or participation with them are ordered to consent to whatever actions are

7

necessary for non-United States registrars, set forth in Appendix A, to effectuate this request; and

IT IS FURTHER ORDERED that, with respect to the internet domains set forth in Appendix A, the domain registrars located in the United States shall preserve, retain and produce to Microsoft all documents and information sufficient to identify and contact Defendants and Defendants' representatives operating or controlling the internet domains set forth in Appendix A, including any and all individual or entity names, mailing addresses, e-mail addresses, facsimile numbers and telephone numbers or similar contact information, including but not limited to such contact information reflected in billing, usage, access and contact records and all records, documents and logs associated with Defendants' or Defendants' representatives' use of or access to the internet domains; and

IT IS FURTHER ORDERED that copies of this Order, notice of the July 16, 2021 hearing and service of the Complaint may be served by any means authorized by law, including (1) transmission by email, facsimile, mail and/or personal delivery to the contact information provided by Defendants to Defendants' internet domain registrars and/or hosting companies and as agreed to by Defendants in the internet domain registration and/or hosting agreements, (2) publishing notice on a publicly available internet website, (3) by personal delivery upon Defendants, to the extent Defendants provided accurate contact information in the United States; and/or (4) personal delivery through the Hague Convention on Service Abroad or similar treaties upon Defendants, to the extent Defendants provided accurate contact information in foreign countries that are signatories to such treaties; and

IT IS FURTHER ORDERED, pursuant to Federal Rule of Civil Procedure 65(b) that the Defendants shall appear before this Court in Courtroom 601 of the Albert V. Bryan Courthouse on July 28, 2021, at 10:00 a.m., to show cause, if there is any, why this Court should not enter a

Preliminary Injunction, pending final ruling on the Complaint against Defendants, enjoining Defendants from the conduct temporarily restrained by the preceding provisions of this Order; and

IT IS FURTHER ORDERED that Microsoft shall post a bond in the amount of $50,000.00 to be paid into the Court registry; and

IT IS FURTHER ORDERED that Defendants shall file with the Court and serve on Microsoft's counsel any answering affidavits, pleadings, motions, expert reports or declarations and/or legal memoranda no later than one (1) day prior to the hearing on Microsoft's request for a preliminary injunction; and

IT IS FURTHER ORDERED that this Temporary Restraining Order shall remain in effect until the date for the preliminary injunction hearing set forth above, or until such further date as set by the Court or stipulated to by the parties.

It is SO ORDERED.

Alexandria, Virginia
July _16_, 2021

/s/

Rossie D. Alston, Jr.
United States District Judge

## APPENDIX A

| .COM DOMAINS<br><br>***Registrar***<br>**NameSilo LLC**<br>**8825 N. 23rd Ave Suite 100**<br>**Phoenix, AZ 85021**<br>**United States** | |
| --- | --- |
| ccp-edu.com | Domain Name: ccp-edu.com<br>Registry Domain ID: 2587672139_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-24T07:00:00Z<br>Creation Date: 2021-01-28T07:00:00Z<br>Registrar Registration Expiration Date: 2022-01-28T07:00:00Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Reseller: QHOSTER.COM<br>Domain Status: clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Robert Chris<br>Registrant Organization:<br>Registrant Street: 3126 Tea Berry Lane<br>Registrant City: Eau Claire<br>Registrant State/Province: WI<br>Registrant Postal Code: 54701<br>Registrant Country: US<br>Registrant Phone: +1.5185025850<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: zohoferdz1@gmail.com<br>Registry Admin ID:<br>Admin Name: Robert Chris<br>Admin Organization:<br>Admin Street: 3126 Tea Berry Lane<br>Admin City: Eau Claire<br>Admin State/Province: WI<br>Admin Postal Code: 54701<br>Admin Country: US |

| | |
|---|---|
| | Admin Phone: +1.5185025850 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: zohoferdz1@gmail.com |
| | Registry Tech ID: |
| | Tech Name: Robert Chris |
| | Tech Organization: |
| | Tech Street: 3126 Tea Berry Lane |
| | Tech City: Eau Claire |
| | Tech State/Province: WI |
| | Tech Postal Code: 54701 |
| | Tech Country: US |
| | Tech Phone: +1.5185025850 |
| | Tech Phone Ext: |
| | Tech Fax: |
| | Tech Fax Ext: |
| | Tech Email: zohoferdz1@gmail.com |
| | Name Server: NS73.DOMAINCONTROL.COM |
| | Name Server: NS74.DOMAINCONTROL.COM |
| | DNSSEC: unsigned |
| junctionfuelings.com | Domain Name: junctionfuelings.com |
| | Registry Domain ID: 2588515748_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namesilo.com |
| | Registrar URL: https://www.namesilo.com/ |
| |    http://www.namesilo.com |
| | Updated Date: 2021-02-01T07:00:00+00:00 |
| |    2021-02-01 |
| | Creation Date: 2021-02-01T07:00:00+00:00 |
| |    2021-02-01 |
| | Registrar Registration Expiration Date: 2022-02-01T07:00:00+00:00 |
| |    2022-02-01 |
| | Registrar: NameSilo, LLC |
| | Sponsoring Registrar IANA ID: 1479 |
| | Registrar Abuse Contact Email: abuse@namesilo.com |
| | Registrar Abuse Contact Phone: 14805240066 |
| | Status: |
| |    clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: REDACTED FOR PRIVACY (DT) |
| | Registrant Organization: |
| | Registrant Street: REDACTED FOR PRIVACY (DT) |
| | Registrant City: REDACTED FOR PRIVACY (DT) |
| | Registrant State/Province: CA |
| | Registrant Postal Code: REDACTED FOR PRIVACY (DT) |
| | Registrant Country: us |
| | Registrant Phone: REDACTED FOR PRIVACY (DT) |
| | Registrant Phone Ext: |

| | |
|---|---|
| | Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: REDACTED FOR PRIVACY (DT)<br>Registry Admin ID:<br>Admin Name: REDACTED FOR PRIVACY (DT)<br>Admin Organization:<br>Admin Street: REDACTED FOR PRIVACY (DT)<br>Admin City: REDACTED FOR PRIVACY (DT)<br>Admin State/Province: CA<br>Admin Postal Code: REDACTED FOR PRIVACY (DT)<br>Admin Country: us<br>Admin Phone: REDACTED FOR PRIVACY (DT)<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: REDACTED FOR PRIVACY (DT)<br>Registry Tech ID:<br>Tech Name: REDACTED FOR PRIVACY (DT)<br>Tech Organization:<br>Tech Street: REDACTED FOR PRIVACY (DT)<br>Tech City: REDACTED FOR PRIVACY (DT)<br>Tech State/Province: CA<br>Tech Postal Code: REDACTED FOR PRIVACY (DT)<br>Tech Country: us<br>Tech Phone: REDACTED FOR PRIVACY (DT)<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: REDACTED FOR PRIVACY (DT)<br>Registry Billing ID:<br>Billing Name:<br>Billing Organization:<br>Billing Street:<br>Billing City:<br>Billing State/Province:<br>Billing Postal Code:<br>Billing Country:<br>Billing Phone:<br>Billing Phone Ext:<br>Billing Fax:<br>Billing Fax Ext:<br>Billing Email:<br>Nameservers:<br>    ns07.domaincontrol.com<br>    ns08.domaincontrol.com<br>Reseller: QHOSTER.COM<br>DNSSEC: unsigned |
| lverk.com | Domain Name: lverk.com<br>Registry Domain ID: 2588449215_DOMAIN_COM-VRSN |

Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2021-02-24T07:00:00Z
Creation Date: 2021-02-01T07:00:00Z
Registrar Registration Expiration Date: 2022-02-01T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Reseller: QHOSTER.COM
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Robert Chris
Registrant Organization:
Registrant Street: 3126 Tea Berry Lane
Registrant City: Eau Claire
Registrant State/Province: WI
Registrant Postal Code: 54701
Registrant Country: US
Registrant Phone: +1.5185025850
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: zohoferdz1@gmail.com
Registry Admin ID:
Admin Name: Robert Chris
Admin Organization:
Admin Street: 3126 Tea Berry Lane
Admin City: Eau Claire
Admin State/Province: WI
Admin Postal Code: 54701
Admin Country: US
Admin Phone: +1.5185025850
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: zohoferdz1@gmail.com
Registry Tech ID:
Tech Name: Robert Chris
Tech Organization:
Tech Street: 3126 Tea Berry Lane
Tech City: Eau Claire
Tech State/Province: WI
Tech Postal Code: 54701
Tech Country: US
Tech Phone: +1.5185025850
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:

| | |
|---|---|
| | Tech Email: zohoferdz1@gmail.com<br>Name Server: NS17.DOMAINCONTROL.COM<br>Name Server: NS18.DOMAINCONTROL.COM<br>DNSSEC: unsigned |
| tattersails.com | omain Name: tattersails.com<br>Registry Domain ID: 2588455590_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-24T07:00:00Z<br>Creation Date: 2021-02-01T07:00:00Z<br>Registrar Registration Expiration Date: 2022-02-01T07:00:00Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Reseller: QHOSTER.COM<br>Domain Status: clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Robert Chris<br>Registrant Organization:<br>Registrant Street: 3126 Tea Berry Lane<br>Registrant City: Eau Claire<br>Registrant State/Province: WI<br>Registrant Postal Code: 54701<br>Registrant Country: US<br>Registrant Phone: +1.5185025850<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: zohoferdz1@gmail.com<br>Registry Admin ID:<br>Admin Name: Robert Chris<br>Admin Organization:<br>Admin Street: 3126 Tea Berry Lane<br>Admin City: Eau Claire<br>Admin State/Province: WI<br>Admin Postal Code: 54701<br>Admin Country: US<br>Admin Phone: +1.5185025850<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: zohoferdz1@gmail.com<br>Registry Tech ID:<br>Tech Name: Robert Chris<br>Tech Organization:<br>Tech Street: 3126 Tea Berry Lane<br>Tech City: Eau Claire |

| | |
|---|---|
| | Tech State/Province: WI<br>Tech Postal Code: 54701<br>Tech Country: US<br>Tech Phone: +1.5185025850<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: zohoferdz1@gmail.com<br>Name Server: NS29.DOMAINCONTROL.COM<br>Name Server: NS30.DOMAINCONTROL.COM<br>DNSSEC: unsigned |
| cupidoconstructlon.com | Domain Name: cupidoconstructlon.com<br>Registry Domain ID: 2588516962_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-24T07:00:00Z<br>Creation Date: 2021-02-01T07:00:00Z<br>Registrar Registration Expiration Date: 2022-02-01T07:00:00Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Reseller: QHOSTER.COM<br>Domain Status: clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Robert Chris<br>Registrant Organization:<br>Registrant Street: 3126 Tea Berry Lane<br>Registrant City: Eau Claire<br>Registrant State/Province: WI<br>Registrant Postal Code: 54701<br>Registrant Country: US<br>Registrant Phone: +1.5185025850<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: zohoferdz1@gmail.com<br>Registry Admin ID:<br>Admin Name: Robert Chris<br>Admin Organization:<br>Admin Street: 3126 Tea Berry Lane<br>Admin City: Eau Claire<br>Admin State/Province: WI<br>Admin Postal Code: 54701<br>Admin Country: US<br>Admin Phone: +1.5185025850<br>Admin Phone Ext:<br>Admin Fax: |

| | |
|---|---|
| | Admin Fax Ext:<br>Admin Email: zohoferdz1@gmail.com<br>Registry Tech ID:<br>Tech Name: Robert Chris<br>Tech Organization:<br>Tech Street: 3126 Tea Berry Lane<br>Tech City: Eau Claire<br>Tech State/Province: WI<br>Tech Postal Code: 54701<br>Tech Country: US<br>Tech Phone: +1.5185025850<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: zohoferdz1@gmail.com<br>Name Server: NS51.DOMAINCONTROL.COM<br>Name Server: NS52.DOMAINCONTROL.COM<br>DNSSEC: unsigned |
| thegiaint.com | Domain Name: thegiaint.com<br>Registry Domain ID: 2589038736_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>    http://www.namesilo.com<br>Updated Date: 2021-02-04T07:00:00+00:00<br>    2021-02-03<br>Creation Date: 2021-02-03T07:00:00+00:00<br>    2021-02-03<br>Registrar Registration Expiration Date: 2022-02-03T07:00:00+00:00<br>    2022-02-03<br>Registrar: NameSilo, LLC<br>Sponsoring Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: 14805240066<br>Status:<br>    clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: REDACTED FOR PRIVACY (DT)<br>Registrant Organization:<br>Registrant Street: REDACTED FOR PRIVACY (DT)<br>Registrant City: REDACTED FOR PRIVACY (DT)<br>Registrant State/Province: CA<br>Registrant Postal Code: REDACTED FOR PRIVACY (DT)<br>Registrant Country: us<br>Registrant Phone: REDACTED FOR PRIVACY (DT)<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: REDACTED FOR PRIVACY (DT) |

| | |
|---|---|
| | Registry Admin ID:<br>Admin Name: REDACTED FOR PRIVACY (DT)<br>Admin Organization:<br>Admin Street: REDACTED FOR PRIVACY (DT)<br>Admin City: REDACTED FOR PRIVACY (DT)<br>Admin State/Province: CA<br>Admin Postal Code: REDACTED FOR PRIVACY (DT)<br>Admin Country: us<br>Admin Phone: REDACTED FOR PRIVACY (DT)<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: REDACTED FOR PRIVACY (DT)<br>Registry Tech ID:<br>Tech Name: REDACTED FOR PRIVACY (DT)<br>Tech Organization:<br>Tech Street: REDACTED FOR PRIVACY (DT)<br>Tech City: REDACTED FOR PRIVACY (DT)<br>Tech State/Province: CA<br>Tech Postal Code: REDACTED FOR PRIVACY (DT)<br>Tech Country: us<br>Tech Phone: REDACTED FOR PRIVACY (DT)<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: REDACTED FOR PRIVACY (DT)<br>Registry Billing ID:<br>Billing Name:<br>Billing Organization:<br>Billing Street:<br>Billing City:<br>Billing State/Province:<br>Billing Postal Code:<br>Billing Country:<br>Billing Phone:<br>Billing Phone Ext:<br>Billing Fax:<br>Billing Fax Ext:<br>Billing Email:<br>Nameservers:<br>    ns51.domaincontrol.com<br>    ns52.domaincontrol.com<br>Reseller: QHOSTER.COM<br>DNSSEC: unsigned |
| leaseacceierator.com | Domain Name: leaseacceierator.com<br>Registry Domain ID: 2589022048_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-24T07:00:00Z<br>Creation Date: 2021-02-03T07:00:00Z |

Registrar Registration Expiration Date: 2022-02-03T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Reseller: QHOSTER.COM
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Robert Chris
Registrant Organization:
Registrant Street: 3126 Tea Berry Lane
Registrant City: Eau Claire
Registrant State/Province: WI
Registrant Postal Code: 54701
Registrant Country: US
Registrant Phone: +1.5185025850
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: zohoferdz1@gmail.com
Registry Admin ID:
Admin Name: Robert Chris
Admin Organization:
Admin Street: 3126 Tea Berry Lane
Admin City: Eau Claire
Admin State/Province: WI
Admin Postal Code: 54701
Admin Country: US
Admin Phone: +1.5185025850
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: zohoferdz1@gmail.com
Registry Tech ID:
Tech Name: Robert Chris
Tech Organization:
Tech Street: 3126 Tea Berry Lane
Tech City: Eau Claire
Tech State/Province: WI
Tech Postal Code: 54701
Tech Country: US
Tech Phone: +1.5185025850
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: zohoferdz1@gmail.com
Name Server: NS23.DOMAINCONTROL.COM
Name Server: NS24.DOMAINCONTROL.COM
DNSSEC: unsigned

9

| kimballlnternational.com | Domain Name: kimballlnternational.com |
|---|---|
| | Registry Domain ID: 2589075541_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namesilo.com |
| | Registrar URL: https://www.namesilo.com/ |
| | Updated Date: 2021-02-24T07:00:00Z |
| | Creation Date: 2021-02-03T07:00:00Z |
| | Registrar Registration Expiration Date: 2022-02-03T07:00:00Z |
| | Registrar: NameSilo, LLC |
| | Registrar IANA ID: 1479 |
| | Registrar Abuse Contact Email: abuse@namesilo.com |
| | Registrar Abuse Contact Phone: +1.4805240066 |
| | Reseller: QHOSTER.COM |
| | Domain Status: clientTransferProhibited |
| | https://www.icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Robert Chris |
| | Registrant Organization: |
| | Registrant Street: 3126 Tea Berry Lane |
| | Registrant City: Eau Claire |
| | Registrant State/Province: WI |
| | Registrant Postal Code: 54701 |
| | Registrant Country: US |
| | Registrant Phone: +1.5185025850 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: zohoferdz1@gmail.com |
| | Registry Admin ID: |
| | Admin Name: Robert Chris |
| | Admin Organization: |
| | Admin Street: 3126 Tea Berry Lane |
| | Admin City: Eau Claire |
| | Admin State/Province: WI |
| | Admin Postal Code: 54701 |
| | Admin Country: US |
| | Admin Phone: +1.5185025850 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: zohoferdz1@gmail.com |
| | Registry Tech ID: |
| | Tech Name: Robert Chris |
| | Tech Organization: |
| | Tech Street: 3126 Tea Berry Lane |
| | Tech City: Eau Claire |
| | Tech State/Province: WI |
| | Tech Postal Code: 54701 |
| | Tech Country: US |
| | Tech Phone: +1.5185025850 |

| | Tech Phone Ext: |
| | Tech Fax: |
| | Tech Fax Ext: |
| | Tech Email: zohoferdz1@gmail.com |
| | Name Server: NS37.DOMAINCONTROL.COM |
| | Name Server: NS38.DOMAINCONTROL.COM |
| | DNSSEC: unsigned |
| nationalsafetyconsuiting.com | Domain Name: nationalsafetyconsuiting.com |
| | Registry Domain ID: 2589004393_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namesilo.com |
| | Registrar URL: https://www.namesilo.com/ |
| |     http://www.namesilo.com |
| | Updated Date: 2021-02-04T07:00:00+00:00 |
| |     2021-02-03 |
| | Creation Date: 2021-02-03T07:00:00+00:00 |
| |     2021-02-03 |
| | Registrar Registration Expiration Date: 2022-02-03T07:00:00+00:00 |
| |     2022-02-03 |
| | Registrar: NameSilo, LLC |
| | Sponsoring Registrar IANA ID: 1479 |
| | Registrar Abuse Contact Email: abuse@namesilo.com |
| | Registrar Abuse Contact Phone: 14805240066 |
| | Status: |
| |     clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: REDACTED FOR PRIVACY (DT) |
| | Registrant Organization: |
| | Registrant Street: REDACTED FOR PRIVACY (DT) |
| | Registrant City: REDACTED FOR PRIVACY (DT) |
| | Registrant State/Province: CA |
| | Registrant Postal Code: REDACTED FOR PRIVACY (DT) |
| | Registrant Country: us |
| | Registrant Phone: REDACTED FOR PRIVACY (DT) |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: REDACTED FOR PRIVACY (DT) |
| | Registry Admin ID: |
| | Admin Name: REDACTED FOR PRIVACY (DT) |
| | Admin Organization: |
| | Admin Street: REDACTED FOR PRIVACY (DT) |
| | Admin City: REDACTED FOR PRIVACY (DT) |
| | Admin State/Province: CA |
| | Admin Postal Code: REDACTED FOR PRIVACY (DT) |
| | Admin Country: us |
| | Admin Phone: REDACTED FOR PRIVACY (DT) |
| | Admin Phone Ext: |
| | Admin Fax: |

| | |
|---|---|
| | Admin Fax Ext:<br>Admin Email: REDACTED FOR PRIVACY (DT)<br>Registry Tech ID:<br>Tech Name: REDACTED FOR PRIVACY (DT)<br>Tech Organization:<br>Tech Street: REDACTED FOR PRIVACY (DT)<br>Tech City: REDACTED FOR PRIVACY (DT)<br>Tech State/Province: CA<br>Tech Postal Code: REDACTED FOR PRIVACY (DT)<br>Tech Country: us<br>Tech Phone: REDACTED FOR PRIVACY (DT)<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: REDACTED FOR PRIVACY (DT)<br>Registry Billing ID:<br>Billing Name:<br>Billing Organization:<br>Billing Street:<br>Billing City:<br>Billing State/Province:<br>Billing Postal Code:<br>Billing Country:<br>Billing Phone:<br>Billing Phone Ext:<br>Billing Fax:<br>Billing Fax Ext:<br>Billing Email:<br>Nameservers:<br>    ns57.domaincontrol.com<br>    ns58.domaincontrol.com<br>Reseller: QHOSTER.COM<br>DNSSEC: unsigned |
| ldisuperstore.com | Domain Name: ldisuperstore.com<br>Registry Domain ID: 2589471467_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-24T07:00:00Z<br>Creation Date: 2021-02-05T07:00:00Z<br>Registrar Registration Expiration Date: 2022-02-05T07:00:00Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Reseller: QHOSTER.COM<br>Domain Status: clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Robert Chris |

| | |
|---|---|
| | Registrant Organization:<br>Registrant Street: 3126 Tea Berry Lane<br>Registrant City: Eau Claire<br>Registrant State/Province: WI<br>Registrant Postal Code: 54701<br>Registrant Country: US<br>Registrant Phone: +1.5185025850<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: zohoferdz1@gmail.com<br>Registry Admin ID:<br>Admin Name: Robert Chris<br>Admin Organization:<br>Admin Street: 3126 Tea Berry Lane<br>Admin City: Eau Claire<br>Admin State/Province: WI<br>Admin Postal Code: 54701<br>Admin Country: US<br>Admin Phone: +1.5185025850<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: zohoferdz1@gmail.com<br>Registry Tech ID:<br>Tech Name: Robert Chris<br>Tech Organization:<br>Tech Street: 3126 Tea Berry Lane<br>Tech City: Eau Claire<br>Tech State/Province: WI<br>Tech Postal Code: 54701<br>Tech Country: US<br>Tech Phone: +1.5185025850<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: zohoferdz1@gmail.com<br>Name Server: NS75.DOMAINCONTROL.COM<br>Name Server: NS76.DOMAINCONTROL.COM<br>DNSSEC: unsigned |
| lithlumamericas.com | Domain Name: lithlumamericas.com<br>Registry Domain ID: 2590340868_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-10T07:00:00Z<br>Creation Date: 2021-02-09T07:00:00Z<br>Registrar Registration Expiration Date: 2022-02-09T07:00:00Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479 |

| | |
|---|---|
| | Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Reseller: QHOSTER.COM<br>Domain Status: clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Robert Chris<br>Registrant Organization:<br>Registrant Street: 3126 Tea Berry Lane<br>Registrant City: Eau Claire<br>Registrant State/Province: WI<br>Registrant Postal Code: 54701<br>Registrant Country: US<br>Registrant Phone: +1.5185025850<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: zohoferdz1@gmail.com<br>Registry Admin ID:<br>Admin Name: Robert Chris<br>Admin Organization:<br>Admin Street: 3126 Tea Berry Lane<br>Admin City: Eau Claire<br>Admin State/Province: WI<br>Admin Postal Code: 54701<br>Admin Country: US<br>Admin Phone: +1.5185025850<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: zohoferdz1@gmail.com<br>Registry Tech ID:<br>Tech Name: Robert Chris<br>Tech Organization:<br>Tech Street: 3126 Tea Berry Lane<br>Tech City: Eau Claire<br>Tech State/Province: WI<br>Tech Postal Code: 54701<br>Tech Country: US<br>Tech Phone: +1.5185025850<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: zohoferdz1@gmail.com<br>Name Server: NS07.DOMAINCONTROL.COM<br>Name Server: NS08.DOMAINCONTROL.COM<br>DNSSEC: unsigned |
| usgeomatlcs.com | Domain Name: usgeomatlcs.com<br>Registry Domain ID: 2590212561_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com |

Registrar URL: https://www.namesilo.com/
Updated Date: 2021-02-09T07:00:00Z
Creation Date: 2021-02-09T07:00:00Z
Registrar Registration Expiration Date: 2022-02-09T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Reseller: QHOSTER.COM
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Robert Chris
Registrant Organization:
Registrant Street: 3126 Tea Berry Lane
Registrant City: Eau Claire
Registrant State/Province: WI
Registrant Postal Code: 54701
Registrant Country: US
Registrant Phone: +1.5185025850
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: zohoferdz1@gmail.com
Registry Admin ID:
Admin Name: Robert Chris
Admin Organization:
Admin Street: 3126 Tea Berry Lane
Admin City: Eau Claire
Admin State/Province: WI
Admin Postal Code: 54701
Admin Country: US
Admin Phone: +1.5185025850
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: zohoferdz1@gmail.com
Registry Tech ID:
Tech Name: Robert Chris
Tech Organization:
Tech Street: 3126 Tea Berry Lane
Tech City: Eau Claire
Tech State/Province: WI
Tech Postal Code: 54701
Tech Country: US
Tech Phone: +1.5185025850
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: zohoferdz1@gmail.com

| | |
|---|---|
| | Name Server: NS05.DOMAINCONTROL.COM<br>Name Server: NS06.DOMAINCONTROL.COM<br>DNSSEC: unsigned |
| ldimn.com | Domain Name: ldimn.com<br>Registry Domain ID: 2590498945_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-11T07:00:00Z<br>Creation Date: 2021-02-10T07:00:00Z<br>Registrar Registration Expiration Date: 2022-02-10T07:00:00Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Reseller: QHOSTER.COM<br>Domain Status: clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Robert Chris<br>Registrant Organization:<br>Registrant Street: 3126 Tea Berry Lane<br>Registrant City: Eau Claire<br>Registrant State/Province: WI<br>Registrant Postal Code: 54701<br>Registrant Country: US<br>Registrant Phone: +1.5185025850<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: zohoferdz1@gmail.com<br>Registry Admin ID:<br>Admin Name: Robert Chris<br>Admin Organization:<br>Admin Street: 3126 Tea Berry Lane<br>Admin City: Eau Claire<br>Admin State/Province: WI<br>Admin Postal Code: 54701<br>Admin Country: US<br>Admin Phone: +1.5185025850<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: zohoferdz1@gmail.com<br>Registry Tech ID:<br>Tech Name: Robert Chris<br>Tech Organization:<br>Tech Street: 3126 Tea Berry Lane<br>Tech City: Eau Claire<br>Tech State/Province: WI |

| | |
|---|---|
| | Tech Postal Code: 54701 |
| | Tech Country: US |
| | Tech Phone: +1.5185025850 |
| | Tech Phone Ext: |
| | Tech Fax: |
| | Tech Fax Ext: |
| | Tech Email: zohoferdz1@gmail.com |
| | Name Server: NS65.DOMAINCONTROL.COM |
| | Name Server: NS66.DOMAINCONTROL.COM |
| | DNSSEC: unsigned |
| aerocerts.com | Domain Name: aerocerts.com |
| | Registry Domain ID: 2590639617_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namesilo.com |
| | Registrar URL: https://www.namesilo.com/ |
| | Updated Date: 2021-02-11T07:00:00Z |
| | Creation Date: 2021-02-10T07:00:00Z |
| | Registrar Registration Expiration Date: 2022-02-10T07:00:00Z |
| | Registrar: NameSilo, LLC |
| | Registrar IANA ID: 1479 |
| | Registrar Abuse Contact Email: abuse@namesilo.com |
| | Registrar Abuse Contact Phone: +1.4805240066 |
| | Reseller: QHOSTER.COM |
| | Domain Status: clientTransferProhibited |
| | https://www.icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Robert Chris |
| | Registrant Organization: |
| | Registrant Street: 3126 Tea Berry Lane |
| | Registrant City: Eau Claire |
| | Registrant State/Province: WI |
| | Registrant Postal Code: 54701 |
| | Registrant Country: US |
| | Registrant Phone: +1.5185025850 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: zohoferdz1@gmail.com |
| | Registry Admin ID: |
| | Admin Name: Robert Chris |
| | Admin Organization: |
| | Admin Street: 3126 Tea Berry Lane |
| | Admin City: Eau Claire |
| | Admin State/Province: WI |
| | Admin Postal Code: 54701 |
| | Admin Country: US |
| | Admin Phone: +1.5185025850 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |

| | |
|---|---|
| | Admin Email: zohoferdz1@gmail.com<br>Registry Tech ID:<br>Tech Name: Robert Chris<br>Tech Organization:<br>Tech Street: 3126 Tea Berry Lane<br>Tech City: Eau Claire<br>Tech State/Province: WI<br>Tech Postal Code: 54701<br>Tech Country: US<br>Tech Phone: +1.5185025850<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: zohoferdz1@gmail.com<br>Name Server: NS55.DOMAINCONTROL.COM<br>Name Server: NS56.DOMAINCONTROL.COM<br>DNSSEC: unsigned |
| napieslegal.com | Domain Name: napieslegal.com<br>Registry Domain ID: 2590704578_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: https://www.namesilo.com/<br>Updated Date: 2021-02-12T07:00:00Z<br>Creation Date: 2021-02-11T07:00:00Z<br>Registrar Registration Expiration Date: 2022-02-11T07:00:00Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Reseller: QHOSTER.COM<br>Domain Status: clientTransferProhibited<br>https://www.icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Robert Chris<br>Registrant Organization:<br>Registrant Street: 3126 Tea Berry Lane<br>Registrant City: Eau Claire<br>Registrant State/Province: WI<br>Registrant Postal Code: 54701<br>Registrant Country: US<br>Registrant Phone: +1.5185025850<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: zohoferdz1@gmail.com<br>Registry Admin ID:<br>Admin Name: Robert Chris<br>Admin Organization:<br>Admin Street: 3126 Tea Berry Lane<br>Admin City: Eau Claire |

18

| | |
|---|---|
| | Admin State/Province: WI<br>Admin Postal Code: 54701<br>Admin Country: US<br>Admin Phone: +1.5185025850<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: zohoferdz1@gmail.com<br>Registry Tech ID:<br>Tech Name: Robert Chris<br>Tech Organization:<br>Tech Street: 3126 Tea Berry Lane<br>Tech City: Eau Claire<br>Tech State/Province: WI<br>Tech Postal Code: 54701<br>Tech Country: US<br>Tech Phone: +1.5185025850<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: zohoferdz1@gmail.com<br>Name Server: NS19.DOMAINCONTROL.COM<br>Name Server: NS20.DOMAINCONTROL.COM<br>DNSSEC: unsigned |

**.CA DOMAINS**
***Registrar***
**Key-Systems GmbH**
**Im Oberen Werk 1**
**66386 St. Ingbert**
**Germany**

| | |
|---|---|
| sllao.ca | Domain Name: sllao.ca<br>Registry Domain ID: 88831450-CIRA<br>Registrar WHOIS Server: whois.ca.fury.ca<br>Registrar URL: ksdomains.ca<br>Updated Date: 2021-02-22T10:47:09Z<br>Creation Date: 2021-02-05T17:58:44Z<br>Registry Expiry Date: 2022-02-05T17:58:44Z<br>Registrar: KS DOMAINS LTD<br>Registrar IANA ID: not applicable<br>Registrar Abuse Contact Email:<br>Registrar Abuse Contact Phone:<br>Domain Status: serverTransferProhibited<br>https://icann.org/epp#serverTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY<br>Registrant Organization: REDACTED FOR PRIVACY<br>Registrant Street: REDACTED FOR PRIVACY |

Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please ask the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Other contacts of the queried domain name
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please ask the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Other contacts of the queried domain name
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please ask the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Other contacts of the queried domain name
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY

| | |
|---|---|
| | Billing Country: REDACTED FOR PRIVACY<br>Billing Phone: REDACTED FOR PRIVACY<br>Billing Phone Ext: REDACTED FOR PRIVACY<br>Billing Fax: REDACTED FOR PRIVACY<br>Billing Fax Ext: REDACTED FOR PRIVACY<br>Billing Email: Please ask the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Other contacts of the queried domain name<br>Name Server: ina1.registrar.eu<br>Name Server: ina2.registrar.eu<br>Name Server: ina3.registrar.eu<br>DNSSEC: unsigned |

**.CO DOMAINS**

***Registrar***
**NameSilo LLC**
**8825 N. 23rd Ave Suite 100**
**Phoenix, AZ 85021**
**United States**

| | |
|---|---|
| exarr.co | Domain Name: exarr.co<br>Registry Domain ID:<br>DF12657D50CAF423A98C5A642371E41D2-NSR<br>Registrar WHOIS Server: whois.namesilo.com<br>Registrar URL: www.namesilo.com<br>Updated Date: 2021-02-14T17:54:46Z<br>Creation Date: 2021-02-09T17:54:42Z<br>Registry Expiry Date: 2022-02-09T17:54:42Z<br>Registrar: NameSilo, LLC<br>Registrar IANA ID: 1479<br>Registrar Abuse Contact Email: abuse@namesilo.com<br>Registrar Abuse Contact Phone: +1.4805240066<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY<br>Registrant Organization:<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant City: REDACTED FOR PRIVACY<br>Registrant State/Province: WI<br>Registrant Postal Code: REDACTED FOR PRIVACY<br>Registrant Country: US<br>Registrant Phone: REDACTED FOR PRIVACY<br>Registrant Phone Ext: REDACTED FOR PRIVACY<br>Registrant Fax: REDACTED FOR PRIVACY |

| | |
|---|---|
| | Registrant Fax Ext: REDACTED FOR PRIVACY |
| | Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Registry Admin ID: REDACTED FOR PRIVACY |
| | Admin Name: REDACTED FOR PRIVACY |
| | Admin Organization: REDACTED FOR PRIVACY |
| | Admin Street: REDACTED FOR PRIVACY |
| | Admin Street: REDACTED FOR PRIVACY |
| | Admin Street: REDACTED FOR PRIVACY |
| | Admin City: REDACTED FOR PRIVACY |
| | Admin State/Province: REDACTED FOR PRIVACY |
| | Admin Postal Code: REDACTED FOR PRIVACY |
| | Admin Country: REDACTED FOR PRIVACY |
| | Admin Phone: REDACTED FOR PRIVACY |
| | Admin Phone Ext: REDACTED FOR PRIVACY |
| | Admin Fax: REDACTED FOR PRIVACY |
| | Admin Fax Ext: REDACTED FOR PRIVACY |
| | Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Registry Tech ID: REDACTED FOR PRIVACY |
| | Tech Name: REDACTED FOR PRIVACY |
| | Tech Organization: REDACTED FOR PRIVACY |
| | Tech Street: REDACTED FOR PRIVACY |
| | Tech Street: REDACTED FOR PRIVACY |
| | Tech Street: REDACTED FOR PRIVACY |
| | Tech City: REDACTED FOR PRIVACY |
| | Tech State/Province: REDACTED FOR PRIVACY |
| | Tech Postal Code: REDACTED FOR PRIVACY |
| | Tech Country: REDACTED FOR PRIVACY |
| | Tech Phone: REDACTED FOR PRIVACY |
| | Tech Phone Ext: REDACTED FOR PRIVACY |
| | Tech Fax: REDACTED FOR PRIVACY |
| | Tech Fax Ext: REDACTED FOR PRIVACY |
| | Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Name Server: ns07.domaincontrol.com |
| | Name Server: ns08.domaincontrol.com |
| | DNSSEC: unsigned |