# ** CIVIL MINUTES **

Date: 07/28/2021                      Judge: Alston
Time: 10:13 – 10:20
Reporter: T. Harris

Civil Action Number: 1:21cv822

Microsoft Corporation v. John Does 1-2 Controlling a Computer Network Thereby Injuring Plaintiff and Its Customers

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| Gabriel Ramsey | |

Appearance of Counsel for Plaintiff.

Matter on for a Preliminary Injunction hearing.

Preliminary Injunction Granted. Counsel to submit a proposed order to the Court.